Anne B. Shaver (CA Bar No. 255928)
Michelle A. Lamy (CA Bar No. 308174)
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery St. Fl. 29
San Francisco CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008

James P. Keenley (CA Bar No. 253106)
Emily A. Bolt (CA Bar No.  2531027)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley CA 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

Matthew J. Matern (CA Bar No. 159798)
Mikael H. Stahle (CA Bar No. 182599)
MATERN LAW GROUP, PC
1230 Rosecrans Ave., Suite 200
Manhattan Beach CA 90266
Phone: (310) 531-1900
Fax: (310) 531-1901

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUNA, KATHERINE BAKER, EDGAR POPKE, and DENNY G. WRASKE, Jr., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>SAVE MART SUPERMARKETS<br><br>                    Defendant. | Case No.: 3:22-cv-4645-WHO<br><br>**STIPULATION TO CONTINUE MOTION RESPONSE DEADLINES AND HEARING DATE; ORDER** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, on January 23, 2023 Defendant filed a motion to dismiss, Plaintiffs' deadline to respond to the motion to dismiss is February 6, 2023 and the hearing is currently set for March 1, 2023 at 2:00 PM;

WHEREAS, Plaintiffs' counsel is unavailable for the February 6, 2023 deadline due to trial going forward in another matter and thus need a short continuance on the response deadline to file an opposition brief;

WHEREFORE, the parties stipulate to request that the Court enter an order continuing Plaintiffs' deadline to file an opposition to the motion to dismiss to February 15, 2023, to set Defendant's deadline to file a reply brief to March 1, 2023; and to continue the hearing to March 29, 2023.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  January 30, 2023                              BOLT KEENLEY KIM LLP

By:  /s/ *James P. Keenley*
James P. Keenley
Attorneys for Plaintiffs

Respectfully submitted,

Dated:  January 30, 2023                              KIRKLAND & ELLIS LLP

By:  /s/ *Michael B. Slade*
Michael B. Slade
Attorneys for Defendant

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **ORDER GRANTING STIPULATION**

The Court, having considered the stipulation of the parties and good cause showing, hereby GRANTS the stipulation.  Plaintiffs shall file an opposition to the pending motion to dismiss on or before February 15, 2023, Defendant shall file its reply on or before March 1, 2023, and the hearing is continued to March 29, 2023 at 2:00 P.M.

IT IS SO ORDERED.

January 30, 2023

Dated

Hon. William H. Orrick

United States District Judge