1   Anne B. Shaver (CA Bar No. 255928)
    Michelle A. Lamy (CA Bar No. 308174)
2   Benjamin A. Trouvais (CA Bar No. 353034)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
3   275 Battery St., 29th Floor
    San Francisco, CA 94111-3339
4   Phone: (415) 956-1000
    Fax: (415) 956-1008
5
    James P. Keenley (CA Bar No. 253106)
6   Emily A. Bolt (CA Bar No. 253109)
    BOLT KEENLEY KIM LLP
7   2855 Telegraph Ave., Suite 517
    Berkeley, CA 94705
8   Phone: (510) 225-0696
    Fax: (510) 225-1095
9
    Matthew J. Matern (CA Bar No. 159798)
10  Mikael H. Stahle (CA Bar No. 182599)
    Erin R. Hutchins (CA Bar No. 346557)
11  MATERN LAW GROUP, PC
    2101 E. El Segundo Blvd., Suite 403
12  El Segundo, CA 90245
    Phone: (310) 531-1900
13  Fax: (310) 531-1901

14
    *Settlement Class Counsel*
15

16              **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18                 **SAN FRANCISCO DIVISION**

19

20  KATHERINE BAKER, JOSÉ LUNA,           Case No. 1:22-CV-4645-RMI
    EDGAR POPKE, AND DENNY G.
21  WRASKE Jr., on behalf of themselves and   **STIPULATED REQUEST FOR**
    all others similarly situated,            **APPROVAL OF SUPPLEMENTAL**
22                                            **NOTICE**
                   Plaintiffs,
23
    v.
24
    SAVE MART SUPERMARKETS and
25  SAVE MART SELECT RETIREE
    HEALTH BENEFIT PLAN,
26
                   Defendants.
27

28

WHEREAS, on June 11, 2025, the Court granted preliminary approval to the Parties' proposed settlement agreement, directed that notice be sent to the Settlement Class,[1] and set various deadlines for completion of the settlement approval process, including a Final Approval Hearing on September 16, 2025 at 10:00 A.M. (ECF 122, "Preliminary Approval Order");

WHEREAS, the Parties and Settlement Administrator have complied with the Preliminary Approval Order in all respects, including sending notice to the Settlement Class on July 7, 2025;

WHEREAS, as a result of the notice program, the Parties learned that four individuals who met the Settlement Class definition between January 21, 2025, when Save Mart last pulled the active employee data, and June 11, 2025, the date of preliminary approval, were mistakenly excluded from the Settlement Class list;

WHEREAS, these four individuals therefore had not received notice and have not otherwise contacted Settlement Class Counsel regarding inclusion in the Settlement Class;

WHEREAS, the Parties propose to direct the Settlement Administrator to send these four newly-identified Settlement Class Members notice of the settlement ("Supplemental Notice");

WHEREAS, the Supplemental Notice will be identical in all respects to the original notice approved by the Court and sent to the Settlement Class on July 7, 2025, except that the deadline for newly-identified Settlement Class Members to opt out of or object to the settlement will be September 12, 2025, and  Settlement Class Counsel will have a deadline of September 15, 2025 to certify the completion of the Supplemental Notice process with the Court, including lodging any requests to opt out and objections stemming therefrom;

WHEREAS, all other filing deadlines and the Final Approval hearing date will remain the same;

WHEREAS, all the newly-identified Settlement Class Members are active employees of Save Mart and thus their current contact information is known to Defendant and can be provided to the Settlement Administrator so that effective notice can be delivered forthwith, and Settlement Class Counsel will also make telephone contact with the newly-identified Settlement Class

---

[1] Unless otherwise indicated, all capitalized terms have the same meaning as set forth in the Parties' Settlement Agreement, at ECF 115-2.

Members to inform them of the Supplemental Notice and their deadlines to opt out or object to the Settlement as soon as possible after this Supplemental Notice process is approved;

WHEREAS, the Parties believe this Supplemental Notice procedure, which provides a shorter notice period for these newly-identified Settlement Class Members than that provided to the rest of the Settlement Class, is in the best interests of the Settlement Class as a whole as it will effectuate notice to the newly-identified Settlement Class Members in a reasonable manner without delaying resolution of this matter for the Parties or the Settlement Class, without causing the Final Approval Hearing to be rescheduled from the date that the overwhelming majority of Settlement Class Members are anticipating as the hearing date, and without requiring the Settlement Fund to incur additional costs associated with updating the Settlement Class Members about a new Final Approval Hearing Date;

WHEREFORE, the Parties stipulate to request that the Court enter an order approving this plan of Supplemental Notice and setting a deadline for the newly-identified Settlement Class members to opt out or object, and for Settlement Class Counsel to update the Court regarding same, as follows:

| Event | Prior Date (ECF 122) | Proposed Date |
|---|---|---|
| Objection and Opt-Out Deadline for Newly-Identified Class Members | N/A | September 12, 2025 |
| Deadline for Class Counsel to file update with Court regarding compliance with the Supplemental Notice process | N/A | September 15, 2025 |
| Motion for Final Approval | August 25, 2025 | Unchanged |
| Oppositions to Motion for Final Approval | September 2, 2025 | Unchanged |
| Reply in Support of Motion | September 9, 2025 | Unchanged |

| | | |
|---|---|---|
| for Final Approval | | |
| Final Approval Hearing | September 16, 2025 | Unchanged |

IT IS SO STIPULATED.

Dated:     August 21, 2025          Respectfully submitted,

                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


                                    By:/s/ Anne B. Shaver
                                         Anne B. Shaver
                                         Attorneys for Plaintiffs and the Settlement Class


Dated:     August 21, 2025          Respectfully submitted,

                                    KIRKLAND & ELLIS, LLP


                                    By:/s/ Shayne Henry
                                         Shayne Henry
                                         Attorneys for Defendants

**[PROPOSED] ORDER GRANTING STIPULATION**

The Court, having considered the stipulation of the parties and good cause showing, hereby GRANTS the stipulation.  The Parties shall immediately instruct the Settlement Administrator to issue the Supplemental Notice described herein.  Newly-identified Settlement Class Members shall have until September 12, 2025 to submit any objections or opt-out requests to the Settlement Administrator.  Settlement Class Counsel shall lodge any opt-out requests and objections received with the Court by 5:00 PM on September 15, 2025, along with a statement of compliance with the Supplemental Notice process.

IT IS SO ORDERED.

DATED: __August 21, 2025_____    _____
                                   The Honorable Robert M. Illman
                                   United States Magistrate Judge

- 5 -