UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE BAKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAVE MART SUPERMARKETS, et al., <br><br> Defendants. | Case No.22-cv-04645-RMI <br><br> **JUDGMENT** |

On September 16, 2025, the Court entered an order granting the motion for final approval of the settlement. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 16, 2025

ROBERT M. ILLMAN
United States Magistrate Judge